ALVIN S. GASKILL, SR., respondent,

*v.*

DAISY CLARKE, appellant.

[Submitted October term, 1947. Decided January 29th, 1948.]

*Messrs. Lloyd, Horn & Perskie (Mr. John Lloyd, Jr.),* for the appellant.

*Messrs. Kirkman, Mulligan & Harris,* for the respondent.

PER CURIAM.

This was a suit for specific performance of a contract for the sale of land.

A careful examination of the record and briefs satisfies us that the decree entered in the Court of Chancery should be affirmed.

The decree is affirmed, with costs.

*For affirmance*—THE CHIEF-JUSTICE, BODINE, DONGES, HEHER, COLIE, WACHENFELD, EASTWOOD, BURLING, WELLS, DILL, FREUND, McLEAN, SCHETTINO, JJ. 13.

*For reversal*—None.